IN THE MATTER OF THE APPLICATION FOR A WRIT OF *HABEAS CORPUS* OF ALEXANDER S. COHEN.

Argued May 18, 1953—Decided May 25, 1953.

*Mr. George R. Sommer* argued the cause for the appellant.

*Mr. Joseph A. Hayden* argued the cause for the respondent (*Mr. Edward Gaulkin*, attorney).

PER CURIAM.    The judgment is affirmed for the reasons expressed in the opinion of Judge Eastwood in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—None.